U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 4 2018

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

JAMES N. HATTEN, Clerk
By: _____

Division: Atlanta
(USAO: 2017R00271)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:18-CR-0352-13

MAGISTRATE CASE NO.

X Indictment
DATE: September 4, 2018

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
MOHAMED KAZIM MOMIN

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   Yes   X No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Jeffrey A. Brown
Defense Attorney: