# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MOHAMED KAZIM MOMIN, | :: | MOTION TO VACATE |
| Movant, | :: | 28 U.S.C. § 2255 |
| | :: | |
| v. | :: | CRIMINAL NO. |
| | :: | 1:18-CR-0352-MLB-RGV-13 |
| UNITED STATES OF AMERICA, | :: | |
| Respondent. | :: | CIVIL ACTION NO. |
| | :: | 1:21-CV-0493-MLB-RGV |

## ORDER

This matter has been submitted to the undersigned Magistrate Judge for consideration of Mohamed Kazim Momin's counseled motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, [Doc. 340], and motion for evidentiary hearing, [Doc. 341]. The undersigned has determined that a response to Momin's § 2255 motion is necessary. See Rule 4(b) of the Rules Governing Section 2255 Proceedings.

Accordingly, the Clerk is **DIRECTED** to send a copy of these motions, [Docs. 340 & 341], and this Order to the United States Attorney for the Northern District of Georgia. Upon receipt, the government is **DIRECTED** to file a response to the motions within **THIRTY (30) DAYS**.

The Clerk is **DIRECTED** to resubmit this matter to the undersigned upon receipt of the government's response or when the time period expires.

**IT IS SO ORDERED**, this 3rd day of February, 2021.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE